IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM CAREY<br><br>v.<br><br>NATIONAL EVENT SERVICES, INC., et al. | CIVIL ACTION<br><br>NO. 14-cv-5006 |
|---|---|

## ORDER

**AND NOW**, this 13th day of February, 2015, upon consideration of Defendants Eagles Stadium Operator, LLC's and Philadelphia Eagles, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (ECF No. 8), Defendant National Event Services, Inc.'s Motion to Dismiss for Failure to State a Claim (ECF No. 12), Plaintiff's Responses in Opposition (ECF No. 14; ECF No. 17), and Defendants Eagles Stadium Operator, LLC's and Philadelphia Eagles, LLC's Reply in Support of their Motion (ECF No. 16), it is hereby **ORDERED** that:

1. Defendants Eagles Stadium Operator, LLC's and Philadelphia Eagles, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (ECF No. 8) is **DENIED**.

2. Defendant National Event Services, Inc.'s Motion to Dismiss (ECF No. 12) is **GRANTED IN PART**, as to Count II of the Amended Complaint (ECF No. 7), without prejudice, and **DENIED** as to all other Counts.

3. Plaintiff is granted leave to file an amended complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-5006 carey v. nat'l event\14cv5006 Order re Motions to Dismiss.doc